# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOE TAYLOR RESTORATION, INC.,** a Florida corporation,
Appellant,

v.

**MICHAEL MAYS,** individually; **KALA HENNESSEY,** individually; and
**MGM RESTORATION, LLC,** a Florida Limited Liability Company,
Appellees.

No. 4D2025-0431

[February 26, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 502020CA001769XXXXMB.

Stephen J. Padula and Joshua S. Widlansky of Padula Law Firm, Boca Raton, for appellant.

Alexis Fields of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***